UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tuan Minh Lam, | Case No.: 2:25-cv-02615-APG-NJK |
| Petitioner | **Order Directing Service of the Petition and Appointing Counsel** |
| v. | |
| John Mattos, | [ECF Nos. 1, 1-1, 1-2] |
| Respondent | |

Petitioner Tuan Minh Lam, immigration detainee, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* (IFP), and a motion for appointment of counsel. ECF Nos. 1, 1-1, 1-2. First, I find that good cause exists to grant the IFP application. Lam requests appointment of counsel. ECF No. 1-2. I find that the appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] Following a preliminary review of the petition, I direct that the petition be served on the respondents.

**IT IS HEREBY ORDERED** that the IFP application (ECF No. 1) is granted.

**IT IS FURTHER ORDERED** that Petitioner's motion for appointment of counsel (ECF No. 1-2) is granted.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada is appointed to represent Petitioner and is directed to file a notice of appearance (or indicate its

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

inability to represent Valladares) within 7 days of the date of this Order. If the Federal Public Defender is unable to represent Lam, because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed counsel will represent Lam in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of the Court will send a copy of this order to the Federal Public Defender and the CJA coordinator for this division.

It is further ordered that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the Petition (ECF No. 1-1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:
   1) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060
   2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
   3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530
   4) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536
   5) Michael Bernacke, Acting Field Office Director, Salt Lake City Field Office, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096;

      6) Kerry Ann Quihuis, DOJ-USAO, 501 South Las Vegas Blvd, South, Suite 1000, Las Vegas, Nevada 89101

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the FPD will have 14 days from the date of entry of this order to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, I find that this order is warranted to maintain the *status quo* pending resolution on the merits and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 7 days of the date of this Order and file and serve their response to the amended petition within 14 days of service, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioner have 7 days following the filing of the response to file a reply.

DATED this 13th day of January, 2026.

                                                 ANDREW P. GORDON
                                                 CHIEF UNITED STATES DISTRICT JUDGE