**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TUAN MINH LAM, | Case No.: 2:25-cv-02615-APG-NJK |
| Petitioner | **Order** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents | |

On January 16, 2025, respondents filed a notice indicating that the petitioner had been removed from the United States to Vietnam. ECF Nos. 5, 5-1.  The petitioner has not responded.

I THEREFORE ORDER that by February 3, 2026, petitioner Tuan Minh Lam must file a response indicating whether the petition is moot.  If no response is filed by that date, I will dismiss the petition without prejudice as moot.

DATED this 27th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE