# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TUAN MINH LAM, | Case No.: 2:25-cv-02615-APG-NJK |
| Petitioner | **Order** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents | |

On January 16, 2025, respondents filed a notice indicating that the petitioner had been removed from the United States to Vietnam. ECF Nos. 5, 5-1.  The petitioner did not respond, so I ordered a response by February 3, 2026 or I would dismiss the petition without prejudice as moot.  The petitioner did not respond.

I THEREFORE ORDER that the petition (ECF No. 1-1) is dismissed as moot.  The clerk of court is instructed to close this case.

DATED this 5th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE